# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRYAN C. DONAHUE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2148

[November 7, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 1998CF004833AXXXMB.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

The defendant appeals the circuit court's denial of his motion for resentencing hearing, challenging the thirty-year sentences imposed following convictions for second degree murder and robbery.

We affirm based on *Hart v. State*, 246 So. 3d 417 (Fla. 4th DCA 2018) (en banc) and *Pedroza v. State*, 244 So. 3d 1128 (Fla. 4th DCA 2018). As we did in *Hart* and *Pedroza*, we certify conflict with *Cuevas v. State*, 241 So. 3d 947 (Fla. 2d DCA 2018), *Blount v. State*, 238 So. 3d 913 (Fla. 2d DCA 2018), *Mosier v. State*, 235 So. 3d 957 (Fla. 2d DCA 2017), *Alfaro v. State*, 233 So. 3d 515 (Fla. 2d DCA 2017), and *Burrows v. State*, 219 So. 3d 910 (Fla. 5th DCA 2017). We also certify conflict with *Katwaroo v. State*, 237 So. 3d 446 (Fla. 5th DCA 2018) and *Tarrand v. State*, 199 So. 3d 507 (Fla. 5th DCA 2016).

*Affirmed; conflict certified.*

WARNER, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*